1 Brenda H. Entzminger
Nevada Bar No. 9800
2 **PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
3 Las Vegas, Nevada 89101
(702) 938-1510
4

5 *Attorneys for Defendant
Wal-Mart Stores, Inc.*
6

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LORRAINE KEDZIOR, | Case No.: 2:14-CV-01365-JCM-GWF |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| WAL-MART STORES, INC., DR. PEPPER/SEVEN UP MANUFACTURING COMPANY; DR. PEPPER SNAPPLE GROUP, INC.; and DOES I through X and ROE BUSINESS ENTITIES I through X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed with prejudice, each party to bear that

//
//
//
//
//
//
//
//
//
//

- 1 -

party's own costs and attorney's fees.

DATED this 6th day of January, 2014.   DATED this 9th day of January, 2015.

**GREENMAN, GOLDBERG, RABY & MARTINEZ**

_____ #11573
Gabriel A. Martinez, Esq.
320 South Jones Boulevard
Las Vegas, Nevada 89107
*Attorneys for Plaintiff*
*Lorraine Kedzior*

**KRAMER, DEBOER & KEANE, LLP**

_____
Phillip Tiberi, Esq.
3960 Howard Hughes Parkway, Suite 500
Las Vegas, Nevada 89169
*Attorneys for Defendants*
*Dr. Pepper/Seven Up, Inc.,*
*Dr. Pepper/Seven Up Manufacturing Co.,*
*Dr. Pepper Snapple Group, Inc.*

Dated this 13th day of January, 2014.

**PHILLIPS, SPALLAS & ANGSTADT**

_____
Brenda H. Entzminger
504 South Ninth Street
Las Vegas, Nevada 89101
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice, each party to bear that party's own costs and attorney's fees.

DATED January 29, 2015.

_____
UNITED STATES DISTRICT JUDGE